Case 08-30015    Doc 28    Filed 07/14/09    Entered 07/15/09 10:30:35    Desc Main
Document    Page 1 of 1

08-30015:26.2:Motion for Relief Stay:Proposed Order Modifying Stay Entered: 7/2/2009 2:41:58 PM by:Timothy Yueill Page 1 of 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In the matter of: | ) | In proceedings under |
| | ) | Chapter 13 |
| | ) | Case No. 08-30015 |
| LINDA S. DELGALLO, | ) | |
| | ) | Judge A. Benjamin Goldgar |
| Debtor(s). | ) | |

## ORDER MODIFYING AUTOMATIC STAY AND WITHDRAWING REQUEST FOR DISMISSAL

**THIS MATTER COMING TO BE HEARD** on the Motion filed by Barclays Capital Real Estate Inc., HomEq Servicing Corporation as loan servicer for Wachovia Bank, NA a secured creditor herein, for relief from automatic stay, the Court having jurisdiction of the subject matter and due notice having been given; and the Court finding that the mortgage held by said creditor is in default and that the security interest of said creditor is not adequately protected:

**IT IS HEREBY ORDERED:**

(1) Pursuant to 11 U.S.C. §362(d), that by Barclays Capital Real Estate Inc., HomEq Servicing Corporation as loan servicer for Wachovia Bank, NA its principals, agents, successors and/or assigns is granted relief from the automatic stay provision of 11 U.S.C. Section 362(a) by modifying said stay to permit them to pursue their state court remedies as to the property known as 4002 Wesley Avenue, Berwyn, IL 60402.

(2) That the 10-day stay provision of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is not applicable and Barclays Capital Real Estate Inc., HomEq Servicing Corporation as loan servicer for Wachovia Bank, NA may immediately enforce and implement this order granting relief from automatic stay.

(3) Movant's request for dismissal is withdrawn.

**Notice to the Standing Trustee:** The Proof of Claim filed on behalf of Barclays Capital Real Estate Inc., HomEq Servicing Corporation, in connection with the real property, shall hereby be withdrawn. No further payments are to be disbursed to Movant on its Proof of Claim.

**IT IS FURTHER ORDERED** that Barclays Capital Real Estate Inc., HomEq Servicing Corporation is hereby granted leave to file an unsecured Proof of Claim for the deficiency balance, if any, resulting from the sale of the real property and such Proof of Claim shall be deemed timely filed.

Dated: **14 JUL 2009**

Entered:

Judge A. Benjamin Goldgar

Timothy R. Yueill
Greg Elsnic
Ira T. Nevel
LAW OFFICES OF IRA T. NEVEL, LLC
175 N. Franklin, Suite 201
Chicago, Illinois 60606
(312)357-1125